[No. 1818. Decided September 11, 1895.]

THE STATE OF WASHINGTON, *Appellant*, v. W. L.
OLIVER *et al.*, *Respondents*.

REPEAL OF PENAL STATUTE — EFFECT ON·PRIOR OFFENSES — ADULTERY.

The repeal of Penal Code, § 192, by Laws 1895, p. 371, without any
saving clause as to prior offenses, or pending cases, operated as a
bar to the prosecution of parties charged with adultery committed
prior to the passage of the act of 1895.

*Appeal from Superior Court, Thurston County.*

*Milo A. Root,* Prosecuting Attorney, for The State.
*John R. Mitchell,* for respondents.

*Per Curiam.*—The defendants were charged by in-
formation with living in open and notorious adultery,
and demurred on the ground that the information did
not state facts constituting any crime. The court sus-
tained the demurrer and discharged the defendants,
and the state has appealed.

It is contended that the court sustained the demur-
rer on the ground that the section of the code (Penal
Code, § 192), under which the action was brought,
which was enacted while we were under a territorial
form of government, had been repealed by an act of
congress applying to the territories, commonly called
the "Edmunds Act," 24 U. S. St. at Large, p. 635.
However this may be, an act was passed at the last
session of the legislature expressly repealing the sec-
tion of the code aforesaid, without any saving clause
as to prior offenses or pending cases, Laws 1895, p. 371.
As this law would bar any further prosecution of the
defendants for the offense charged, in any event, a
determination of the question as to the sufficiency of

the information would be fruitless, and for that reason we decline to enter upon its consideration, and order the appeal dismissed.